[Civ. No. 4930. Third Appellate District.—December 9, 1933.]

FRANK W. STARRY, Respondent, v. ARTHUR PETER-SON, Appellant.

Fred W. Carroll and Geo. H. Howe, City Attorneys, for Appellant.

Puter & Quinn for Respondent.

THE COURT.—This is a companion case to that of *Starry* v. *Lake*, Civil No. 4931 (*ante*, p. 677 [28 Pac. 80]), in which an opinion of this court has this day been filed.

Both cases were submitted upon the same briefs and the question in each is identical.

Upon the authority of the case of *Starry* v. *Lake*, *ante*, p. 677, the judgment in the instant case is affirmed.

A petition for a rehearing of this cause was denied by the District Court of Appeal on January 8, 1934.